```
                                        FILED
                                   November 9, 2012
                                 CLERK, US DISTRICT COURT
                                  EASTERN DISTRICT OF
                                      CALIFORNIA
                                     DEPUTY CLERK
```

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Case No. 2:12MJ00293-GGH- |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ZACHARY KURTZ, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __ZACHARY KURTZ__ , Case No. __

2:12MJ00293-GGH-__ , Charge _21USC § 846, 841(a)(1)_ , from custody subject to the conditions

contained in the attached "Notice to Defendant Being Released" and for the following reasons:

      __    Release on Personal Recognizance

      __    Bail Posted in the Sum of $__

      ✔    Unsecured Appearance Bond ($50,000.00)

      __    Appearance Bond with 10% Deposit

      __    Appearance Bond with Surety

      __    Corporate Surety Bail Bond

      ✔    (Other)     _Pretrial conditions as stated on the record. The_

                             _defendant shall be released on 11/13/2012 @ 8:30_

                             _a.m._

Issued at _Sacramento, CA_ on _November 9, 2012_ at _2:55 pm_ .

By   _/s/ Gregory G. Hollows_

                    Gregory G. Hollows
                    United States Magistrate Judge

Copy 5 - Court